AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-CV-7117

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Community Health Project Inc. d/b/a Callen-Lorde Community Health Center**
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Colleen Bonahan, Bus. Doc. Spec. II**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Department of State**
on *(date)* **9/25/24 @ 9:40 am** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**

I declare under penalty of perjury that this information is true.

Date: **9/27/24**

*Server's signature*

**Angela Roy - Process Server**
*Printed name and title*

**23 Grandview Dr. Latham NY 12110**
*Server's address*

Additional information regarding attempted service, etc:



