UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL GARCIA-RYAN,<br><br>       Plaintiff,<br><br>    v.<br><br>COMMUNITY HEALTH PROJECT, INC. d/b/a CALLEN-LORDE COMMUNITY HEALTH CENTER,<br><br>       Defendant. | 24-CV-7117 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The stay of this case issued on December 5, 2024 is hereby lifted. The parties are directed to meet and confer within one week of this Order to discuss whether this case should proceed to discovery while the Government's motions to substitute and to dismiss the complaint remain pending, or whether discovery should be stayed. The parties shall jointly submit a status update to the Court no later than April 15, 2025. If the parties agree that the case should proceed to discovery, they shall jointly submit to the Court a proposed case management plan and scheduling order, a template for which is available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:  April 8, 2025
      New York, New York

                       _____
                         Ronnie Abrams
                         United States District Judge