**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
PAUL GARCIA-RYAN,

        Plaintiff,       24 **CIVIL** 7117 (RA)

   -against-           **JUDGMENT**

COMMUNITY HEALTH PROJECT, INC. d/b/a
CALLEN-LORDE COMMUNITY HEALTH CENTER,

        Defendants.
------------------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 24, 2026 and Order dated April 1, 2026,

the Court grants the Government's motion to substitute, and having substituted it for the Health

Center, dismisses the claim asserted against it, and its employees, for lack of subject matter

jurisdiction, albeit without prejudice.

**Dated:** New York, New York

   April 2, 2026

             **TAMMI M. HELLWIG**

               _____

                **Clerk of Court**

       **BY:** _____

             **Deputy Clerk**